**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:

Todd David Flitcraft
Melissa Elizabeth Flitcraft,

DEBTORS.

_____/

CASE NO 26-30134-KKS
Chapter: 7

## NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

TO: Debtors, Creditors, and Parties in Interest

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

NOTICE IS HEREBY GIVEN that the trustee/debtor-in-possession intends to sell the following property of the estate of the debtors, under the terms and conditions set forth below.

1. Description of property:
   Equity interest in Kia Carnival 2022 ($1,221.00); GMC 2011 ($5,418.00); Dodge Ram 2500 2005 ($2,180.00).

2. Manner of Sale:     Private ( X )*     Public Auction ( )

3. Terms of Sale:  (include purchaser, if known, price, price terms, whether or not sale is free and clear of liens, names and addresses of lienors, and all other pertinent information)

   Private sale to Todd David Flitcraft and Melissa Elizabeth Flitcraft of property identified above for a total of $8,819.00 payable at the rate of $734.92 per month for twelve (12) consecutive months with the first payment due on April 15, 2026.  Payment shall be made to Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317.  This sale is "as is", "where is" with no warranties expressed or implied.  The sale is subject to any scheduled, known or unknown liens, encumbrances, and exemptions; and the Purchaser(s) is/are responsible for all payments to Lien Holders, Tax Assessors, etc.

*The purchase price(s) was/were established by review of the schedules and any additional documents or testimony provided by parties, negotiated in good faith, and based on the principles of best business judgment.

*(Applicable to private sales only)  The trustee will entertain any higher bids for the purchase of the assets of the debtors which the trustee proposes to sell.  Such bids must be in excess of $200.00 more than the original bid and must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price.  Any higher bid must be received (with the applicable deposit) by the trustee at the address listed below *no later than the close of business 15 days from the date of this Notice.*

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis for the objection. If no objection is filed, the sale described above will take place.

DATED: April 28, 2026

/S/ Mary W. Colón
MARY W. COLÓN
Chapter 7 Trustee
Florida Bar No. 0184012
P. O. Box 14596
Tallahassee, FL 32317
Telephone No.: (850) 241-0144
Facsimile: (850) 702-0735
trustee@marycolon.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** THAT A TRUE AND CORRECT COPY OF THE FOREGOING has been furnished by first class U.S. Mail with postage prepaid to all persons on the Court's mailing matrix by BK Attorney Services, LLC d/b/a certificateofservice.com on April 28, 2026.

/S/ Mary W. Colón
MARY W. COLÓN

Page 3 of 3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE:

TODD DAVID FLITCRAFT
MELISSA ELIZABETH FLITCRAFT

CASE NO: 26-30134-KKS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7

On 4/28/2026, I did cause a copy of the following documents, described below,

NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/28/2026

/s/ Mary W. Colon
Mary W. Colon

P. O. BOX 14596
TALLAHASSEE, FL 32317
850-241-0144
trustee@marycolon.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE:

TODD DAVID FLITCRAFT
MELISSA ELIZABETH FLITCRAFT

CASE NO: 26-30134-KKS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 4/28/2026, a copy of the following documents, described below,

NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/28/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W. Colon

P. O. BOX 14596
TALLAHASSEE, FL 32317

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-30134-KKS
NORTHERN DISTRICT OF FLORIDA
TUE APR 28 7-52-16 PST 2026

~~EXCLUDE~~

~~(U)PENNYMAC LOAN SERVICES LLC~~

(P)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

INNOVATIONS FEDERAL CREDIT UNION NKA INNOV
HECKMAN LAW GROUP
CO CHAD D HECKMAN
PO BOX 12492
TALLAHASSEE FL 32317-2492

TYNDALL FEDERAL CREDIT UNION
CO BLAIR BOYD
PO BOX 3637
TALLAHASSEE FL 32315-3637

AFFIRM INC
ATTN BANKRUPTCY DEPARTMENT
30 ISABELLA ST FLOOR 4
PITTSBURGH PA 15212-5862

AIS PORTFOLIO SVCS LLC
4515 N SANTA FE AVE
DEPT APS
OKLAHOMA CITY OK 73118-7901

AMERICAN EXPRESS
ATTN BANKRUPTCY DEPARTMENT
PO BOX 981535
EL PASO TX 79998-1535

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

AMERICAN EXPRESSLOWES
ATTN BANKRUPTCY DEPARTMENT
PO BOX 981535
EL PASO TX 79998-1535

ANDREU PALMA LAVIN
SOLIS PLLC
815 NW 57TH AVE
SUITE 401
MIAMI FL 33126-2363

~~EXCLUDE~~

~~(P)(P)ATLAS ACQUISITIONS LCC~~
~~492C CEDAR LANE SUITE 442~~
~~TEANECK NJ 07666-1713~~

BANK OF AMERICA
ATTN BANKRUPTCY DEPARTMENT
PO BOX 982238
EL PASO TX 79998-2238

BANK OF AMERICA
PO BOX 851001
DALLAS TX 75285-1001

BAY COUNTY CLERK OF COURT
CASE 24002420CC
300 EAST 4TH STREET
PANAMA CITY FL 32401-3004

BAY COUNTY CLERK OF COURT
CASE 25001987SC
300 EAST 4TH STREET
PANAMA CITY FL 32401-3004

BAY COUNTY CLERK OF COURT
CASE 25001988SC
300 EAST 4TH STREET
PANAMA CITY FL 32401-3004

BAY COUNTY CLERK OF COURT
CASE 25002762SC
300 EAST 4TH STREET
PANAMA CITY FL 32401-3004

BAY COUNTY CLERK OF COURT
CASE 25004560SC
300 EAST 4TH STREET
PANAMA CITY FL 32401-3004

CAPITAL ONE
1680 CAPITAL ONE DR
MCLEAN VA 22102-3407

CAPITAL ONE
ATTN BANKRUPTCY DEPARTMENT
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE
PO BOX 60519
CITY OF INDUSTRY CA 91716-0519

CAPITAL ONE BANK (USA) NA
BY AMERICAN INFOSOURCE
PO BOX 71087
CHARLOTTE NC 28272-1087

CAPITAL ONEWALMART
ATTN BANKRUPTCY DEPARTMENT
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CHEX SYSTEMS
ATTN CUSTOMERS RELATIONS
2900 LONE OAK PKWY
SUITE 125
EAGAN MN 55121-1594

CITI BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 790394
SAINT LOUIS MO 63179-0394

CITI BANKTRACTOR SUPPLY
ATTN BANKRUPTCY DEPARTMENT
PO BOX 790034
SAINT LOUIS MO 63179-0034

CITI CARD
PO BOX 658214
DALLAS   TX 75265-8214

CONCORA CREDITMILESTONE
PO BOX 4499
BEAVERTON  OR 97076-4499

CONCORA CREDITMILESTONE
PO BOX 96541
CHARLOTTE  NC 28296-6541

CREDIT ONE BANK
ATTN BANKRUPTCY
PO BOX 98878
LAS VEGAS  NV 89193-8878

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY  CA 91716-0500

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE  NC  28272-1083

CITIBANK NA
CITIBANK  NA
5800 S CORPORATE PL
SIOUX FALLS  SD  57108-5027

DISCOVER BANK
2500 LAKE COOK RD
RIVERWOODS  IL 60015-3801

DISCOVER BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 3025
NEW ALBANY  OH 43054-3025

(P)EQUIFAX  INC
1550 PEACHTREE STREET NE
ATLANTA  GA 30309

EXPERIAN
475 ANTON RD
COSTA MESA  CA 92626-7037

FINWISE BANKLENDING POINT
1601 W BROADWAY
SUITE 201
MONROE  GA 30655

FIRST SOURCE ADVANTAGE  LLC
205 BRYANT WOODS SOUTH
AMHERST  NY 14228-3609

GULF COAST MEDICAL CENTER
RESURGENT CAPITAL SERVICES
PO BOX 1927
GREENVILLE  SC 29602-1927

HCA FLORIDA GULF
COAST HOSPITAL
449 W 23RD ST
PANAMA CITY  FL 32405-4593

HCA FLORIDA GULF
COAST HOSPITAL
PO BOX 740771
CINCINNATI  OH 45274-0771

INDEPENDENCE CAPITOL RECOVERY
PO BOX 17615
SARASOTA  FL 34276-0615

INNOVATIONS FEDERAL CREDIT UNION
2250 S HWY 77
LYNN HAVEN  FL 32444-4620

INNOVATIONS FEDERAL CREDIT UNION
ATTN BANKRUPTCY DEPARTMENT
PO BOX 15529
PANAMA CITY  FL 32406-5529

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INNOVATIONS FEDERAL CREDIT UNION NKA INNOV
CO HECKMAN LAW GROUP
PO BOX 12492
TALLAHASSEE  FLORIDA 32317-2492

JP MORGAN CHASEAMAZON
PO BOX 6292
CAROL STREAM  IL 60197-6292

JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
CO NATIONAL BANKRUPTCY SERVICES  LLC
PO BOX 9013
ADDISON  TEXAS 75001-9013

LENDING POINTFINWISE
1201 ROBERTS BLVD SUITE 200
KENNESAW  GA 30144-3612

LLOYD  MCDANIEL  PLC
ATTN LISA LYNN
PO BOX 23200
LOUISVILLE  KY 40223-0200

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MIDLAND CREDIT MANAGEMENT
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO   CA 92193-9069

MIDLAND CREDIT MANAGEMENT
PO BOX 2121
WARREN   MI 48090-2121

(P)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

BKCLUDE

(D)(P)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

NPAS SOLUTIONS
PO BOX 7411715
CHICAGO   IL 60674-1715

PENNY MAC LOAN SERVICE
PO BOX 660929
DALLAS   TX 75266-0929

PENNY MAC LOAN SERVICES
PO BOX 514387
LOS ANGELES   CA 90051-4387

PHILLIPS   COHEN ASSOCIATES   LTD
1002 JUSTISON ST
WILMINGTON   DE 19801-5148

PHILLIPS   COHEN ASSOCIATES   LTD
1002 JUSTISON ST MAIL STOP 542
WILMINGTON   DE 19801-5148

QUANTUM3 GROUP LLC AS AGENT FOR
CONCORA CREDIT INC
PO BOX 788
KIRKLAND   WA   98083-0788

RADIUS GLOBAL SOLUTIONS
7505 METRO BLVD
SUITE 400-A
EDINA   MN 55439-3010

RESURGENT ACQUISITIONS   LLC
PO BOX 10497 MS 576
GREENVILLE   SC 29603-0497

SYNCHRONY BANK
PO BOX 71724
PHILADELPHIA   PA 19176-1724

SYNCHRONY BANKAMAZON
ATTN BANKRUPTCY DEPT
PO BOX 965064
ORLANDO   FL 32896-5064

SYNCHRONY BANKCARE CREDIT
ATTN BANKRUPTCY
PO BOX 965061
ORLANDO   FL 32896-5061

SYNCHRONY BANKCARE CREDIT
PO BOX 71715
PHILADELPHIA   PA 19176-1715

SYNCHRONY BANKLOWES
ATTN BANKRUPTCY DEPARTMENT
PO BOX 965061
ORLANDO   FL 32896-5061

SYNCHRONY BANKLOWES
PO BOX 669807
DALLAS   TX 75266-0759

SYNCHRONY BANKPLUS
ATTN BANKRUPTCY DEPARTMENT
PO BOX 965060
ORLANDO   FL 32896-5060

SYNCHRONY BANKVERIZON
ATTN BANKRUPTCY DEPARTMENT
PO BOX 965061
ORLANDO   FL 32896-5061

SYNCHRONY BANKVERIZON
PO BOX 71754
PHILADELPHIA   PA 19176-1754

TRANSUNION (DISPUTES)
PO BOX 900
WOODLYN   PA 19094-0900

TYNDALL FEDERAL CREDIT UNION
1601 FL 77
LYNN HAVEN   FL 32444

(P)TYNDALL FEDERAL CREDIT UNION
ATTN BANKRUPTCY SPECIALIST
3109 MINNESOTA AVENUE
LYNN HAVEN FL 32405-5026

BKCLUDE

(D)(P)TYNDALL FEDERAL CREDIT UNION
ATTN BANKRUPTCY SPECIALIST
3109 MINNESOTA AVENUE
LYNN HAVEN FL 32405-5026

US SMALL BUSINESS ADMINISTRATION
CESC   SBA
14925 KINGSPORT ROAD
FORT WORTH   TX 76155-2243

US SMALL BUSINESS ADMINISTRATION
SBA DISASTER LOAN SERVICING CENTER
2 NORTH 20TH ST   SUITE 320
BIRMINGHAM   AL 35203-4002

(P)UNITED STATES ATTORNEYS OFFICE
111 NORTH ADAMS STREET
4TH FLOOR
TALLAHASSEE FL 32301-7730

US ATTORNEY GENERAL
950 PENNSYLVANIA AVE  NW
WASHINGTON  DC 20530-0009

US SMALL BUSINESS
ADMINISTRATION
2 NORTH 20TH ST
UNIT 320
BIRMINGHAM  AL 35203-4002

US SMALL BUSINESS ADMINISTRATION
409 THIRD ST SW
WASHINGTON  DC 20416-0005

US SMALL BUSINESS ADMINISTRATION
7825 BAY MEADOWS WAY  STE 100B
JACKSONVILLE  FL 32256-7549

US SMALL BUSINESS ADMINISTRATION
CO DEPARTMENT OF TREASURY
PO BOX 830794
BIRMINGHAM  AL 35283-0794

US SMALL BUSINESS ADMINISTRATION
PO BOX 3918
PORTLAND  OR 97208-3918

UNITED STATES TRUSTEE
110 E PARK AVENUE
SUITE 128
TALLAHASSEE  FL 32301-7728

ZWICKER  ASSOCIATES  PC
80 MINUTEMAN RD
PO BOX 9013
ANDOVER  MA 01810-0913

MARY W COLON
PO BOX 14596
TALLAHASSEE  FL 32317-4596

MELISSA ELIZABETH FLITCRAFT
3511 HWY 2321
PANAMA CITY  FL 32409-1678

STEVEN D JURNOVOY
LEWIS  JURNOVOY  PA
1100 NORTH PALAFOX STREET
PENSACOLA  FL 32501-2608

DEBTOR

TODD DAVID FLITCRAFT
3511 HWY 2321
PANAMA CITY  FL 32409-1678