**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

In re:

Todd David Flitcraft &
Melissa Elizabeth Flitcraft,

Debtors.

Case No.  26-30134-KKS
Chapter 7 (J)

_____/

**OBJECTION TO NOTICE OF INTENT TO SELL**
**PROPERTY OF THE ESTATE**
(ECF No. 31)

COME NOW the Debtors, Todd David Flitcraft & Melissa

Elizabeth Flitcraft, by and through their attorney of record and files

this Objection to the Notice of Intent to Sell Property of the Estate

filed by Chapter 7 Trustee (EFC No. 31) and in support thereof state

as follows:

1.     This Chapter 7 case was filed on February 13, 2026.

2.     Debtors state that when they signed the Promissory Note

with the Trustee, they did not know that Innovation

Federal Credit Union was claiming cross-collateralization

with regard to the equity in the 2011 GMC Sierra.

1

3. As a result of the cross-collateralization, there is no equity in the 2011 GMC Sierra for the Bankruptcy estate to administer.

4. After signing the Promissory Note with the Trustee, the Debtors signed a Reaffirmation Agreement (ECF No. 34) with Innovations which included the auto loan and a credit card due to the cross collateralization and the equity in the auto.

5. Debtors believe that the Promissory Note should be reduced in the amount of $5,417.00.

[THIS PART INTENTIONALLY LEFT BLANK]

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing

Objection has been furnished to those individuals listed below to their

normal business address, by either electronic email or by first class

postage prepaid on this the 22nd day of May 2026.

_____
OF COUNSEL

Mary W. Colon, Chapter 7 Trustee:
trustee@marycolon.com

Todd & Melissa Flitcraft
3511 Highway 2321
Panama City, FL  32409

Chapter 7 Trustee
c/o Mary W. Colon
PO Box 14596
Tallahassee, FL 32317

Innovations Financial Credit Union
c/o Heckman Law Group
Attn: Chad Heckman, Esq.
PO Box 12492
Tallahassee, FL 32317

4

WHEREFORE PREMISES CONSIDERED, Debtors pray that this Honorable Court shall enter an Order denying the Trustee's Notice of Intent, reducing the amount of the Promissory Note, and for such other further and different relief as may be appropriate under the circumstances.

_____
Martin S. Lewis, FL Bar No. 0100587
Steven D. Jurnovoy, FL Bar No. 938221
Attorney For Debtors

**OF COUNSEL:**
Lewis & Jurnovoy, P.A.
1100 North Palafox Street
Pensacola, FL 32501
Telephone: (850) 432-9110
Facsimile: (850) 433-8794
Email: landj@lewisandjurnovoy.com

3