FORM nhgnrlp (Rev. 10/20)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
### Pensacola Division

---

In Re:  Todd David Flitcraft
  aka Todd D Flitcraft, aka Todd Flitcraft
  SSN/ITIN: xxx−xx−5570
  Debtor

Bankruptcy Case No.:  26−30134−KKS

Melissa Elizabeth Flitcraft
aka Melissa E Flitcraft, aka Melissa Flitcraft
SSN/ITIN: xxx−xx−0735
  Joint Debtor

Chapter:  7
Judge:  Karen K. Specie

---

### Amended Notice of Rescheduled Non−Evidentiary Hearing

PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on September 16, 2026, at 01:30 PM, *Eastern Time*, at U.S. Courthouse, 401 S.E. First Avenue, Third Floor, Courtroom 3, Gainesville, FL. Parties may appear at the following alternate location:   via Zoom (NOTE: Zoom participants may not introduce evidence or cross examine witnesses without prior authorization of the Court. See FLNB Zoom participation instructions at www.flnb.uscourts.gov/zoom).

*45* – Amended Notice of Intention to Sell Property of the Estate by private sale to Debtors Filed by Mary W. Colon on behalf of Mary W. Colon [Re: 31 Notice of Intent to Sell (Negative Notice)] ECF Calculated Deadline: 07/27/2026. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties.. (Colon, Mary)

Dated: August 11, 2026

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**REASON AMENDED:** TIME OF HEARING AMENED.

**SERVICE:**  Service by the Court pursuant to applicable Rules.